UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES R. JOHNSON,

    Plaintiff,                                      Civil Action No. 16-CV-13822

vs.                                               HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

        The Court in this matter has issued an opinion and order granting plaintiff's motion for summary judgment, denying defendant's motion for summary judgment, and remanding for further proceedings. Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for plaintiff and against defendant.

        IT IS FURTHER ORDERED AND ADJUDGED that this matter is hereby remanded to defendant for further proceedings in accordance with the Court's opinion and order. This is a sentence four remand under 42 U.S.C. § 405(g).

                                              DAVID J. WEAVER
                                              CLERK OF COURT

                                              By:\_\_ Carol L. Mullins\_\_\_
                                                    Deputy Clerk

May 9, 2017


Approved:\_\_s/ Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        SENIOR U.S. DISTRICT JUDGE